UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-08461 |
| TERESA J. DAVIS | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER ALLOWING FEES, AMENDING PROOF OF CLAIM AND AMENDING PLAN

This cause coming on to be heard on the motion of DRIVE NOW AUTO CREDIT, INC. to modify the restraining provisions of 11 USC Sec. 362, due notice having been given, and the Court being otherwise advised in the premises, it is hereby agreed and ordered:

1. That DRIVE NOW AUTO CREDIT, INC. shall be allowed its attorney's fees of $550.00 and costs of $181.00 for a total of $731.00. This amount is allowed pursuant to State Law and the retail installment contract dated MAY 18, 2017 as it pertains to a 2007 MITSUBISHI ECLIPSE, V.I.N. 4A3AK24F87E015476;

2. This application is in compliance with Rule 2016 (a) of the Federal Rules of Bankruptcy Procedure, without further notice or hearing; and

3. This order amends the claim of DRIVE NOW AUTO CREDIT, INC. to increase the claim by $731.00 to $5,574.44, and this creditor shall retain its lien to the earlier of the payment in full of the amount due under the Retail Installment agreement or the Order of Discharge under 11 USC Sec. 1328;

4. The debtor's plan is deemed amended at paragraph 3.3 to pay the amount in paragraph 3 of this order.

Enter:

_[signature]_
United States Bankruptcy Judge

Dated: 26 APR 2018

**Prepared by:**
Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for DRIVE NOW AUTO CREDIT, INC.

Rev: 20170105_bko